JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lolita Sigua | Case No.  CV 16-01036-AB (SSx) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITHOUT PREJUDICE FOR LACK OF PROSECUTION |
| Aegis Wholesale Corporation et al | |
| Defendants. | (PURSUANT TO LOCAL RULE 41) |

On May 18, 2016, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.  A written response to the Order to Show Cause was ordered to be filed no later than June 1, 2016.  No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated:  June 8, 2016

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.